UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AVE MARIA SCHOOL OF LAW,

    Plaintiff,

v.                                        Case No:  2:13-cv-795-FtM-38DNF

KATHLEEN SEBELIUS, THOMAS PEREZ, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES DEPARTMENT OF LABOR, UNITED STATES DEPARTMENT OF TREASURY and JACOB LEW,

    Defendants.
_____/

### ORDER[1]

This matter comes before the Court upon *Sua Sponte* Review of the Complaint (Doc. #1) filed on November 12, 2013.  Under 28 U.S.C. § 455(a), "[a]ny justice, judge, or magistrate judge of the United States shall disqualify [herself] in any proceeding in which [her] impartiality might reasonably be questioned."  Any doubt "must be resolved in favor of recusal."  See Murray v. Scott, 253 F.3d 1308, 1310 (11th Cir. 2001).  In order to avoid the appearance of impartiality, the undersigned shall recuse from this case.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Case 2:13-cv-00795-DNF   Document 21   Filed 02/03/14   Page 2 of 2 PageID 150

The Undersigned is hereby **RECUSED** from the instant case. The Clerk of the Court is directed to reassign the case to another District Judge.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of February, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2