# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

AVE MARIA SCHOOL OF LAW,

    Plaintiff,

v.                                  Case No: 2:13-cv-795-JSM-CM

KATHLEEN SEBELIUS, *et al.*,

    Defendants.

## ORDER

THIS CAUSE comes before the Court *sua sponte*. On June 30, 2014, the United States Supreme Court decided *Burwell v. Hobby Lobby Stores, Inc.*, - - - S.Ct. - - - -, 2014 WL 2921709 (Jun. 30, 2014). This opinion is highly relevant to the pending issues in this case. Accordingly, the Court requires new briefing on these issues in light of *Hobby Lobby*. It is therefore

ORDERED AND ADJUDGED that:

1. The parties have thirty (30) days to file a motion for summary judgment on any remaining issues in this case in light of *Hobby Lobby*.

2. Responses to any motion for summary judgment are due within fourteen (14) days from the filing of the motion.

3. Any pending motions are denied as moot.

**DONE** and **ORDERED** in Tampa, Florida on July 25, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record