# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

AVE MARIA SCHOOL OF LAW,

    Plaintiff,

v.                                          Case No: 2:13-cv-795-JSM-CM

KATHLEEN SEBELIUS, *et al.*,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Partially Unopposed Scheduling Motion (Dkt. 54). Upon review of the motion, and being otherwise advised in the premises, the motion is granted in part. Specifically, the Court adopts the briefing schedule set forth in option two of the motion. It is therefore

ORDERED AND ADJUDGED that:

1. Plaintiff's Partially Unopposed Scheduling Motion (Dkt. 54) is granted in part.

2. The Court's prior scheduling Order set forth at Dkt. 52 is hereby VACATED.

3. The parties may brief a preliminary injunction motion.

4. The School's motion for preliminary injunction shall be filed on or before **September 12, 2014**.

5. The Government's response to the motion for preliminary injunction shall be filed on or before **September 22, 2014**.

      6.      The parties are allotted 35 pages for argument.

      7.      The Court will issue a ruling on the motion for preliminary injunction prior to the November 1, 2014 deadline.

**DONE** and **ORDERED** in Tampa, Florida on July 30, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\FT MYERS cases\13-cv-795.mt-schedulingDkt.54.wpd