IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 14-15777-CC  ; 14-15780 -CC
_____

AVE MARIA SCHOOL OF LAW,

                                                                 Plaintiff - Appellee,

versus

SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
SECRETARY, U.S. DEPARTMENT OF LABOR,
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
U.S. DEPARTMENT OF LABOR,
U.S. DEPARTMENT OF THE TREASURY,
SECRETARY, U.S. DEPARTMENT OF THE TREASURY,

                                                   Defendants - Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to Appellants Secretary, U.S. Department of Health and Human Services, Secretary, U.S. Department of Labor, Secretary, U.S. Department of the Treasury, U.S. Department of Health and Human Services, U.S. Department of Labor and U.S. Department of the Treasury in 14-15777, 14-15780's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date [14-15777, 14-15780], effective October 10, 2017.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Julie F. Cohen, CC, Deputy Clerk

                                                                             FOR THE COURT - BY DIRECTION